# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

BRANDON CHRISTOPHER WHITTAKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0276

_____

May 3, 2024

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.